# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00674-CV

**James Holverson, Appellant**

**v.**

**Wendy Holverson, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 17203, HONORABLE JOE CARROLL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. The trial court clerk's office sent this Court's clerk written notice that appellant James Holverson has failed to pay or make arrangements to pay for a clerk's record to be prepared in this appeal. This Court's clerk sent a letter to appellant dated January 16, 2013 requesting that he make arrangements for the record and that he file a status report regarding this appeal with this Court. Appellant was requested to file a response to this Court on or before January 28, 2013 or risk dismissal of his appeal.

January 28, 2013 has passed. The clerk's record has not been filed, and appellant has not filed any response in this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   March 5, 2013